**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2444
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com
Sean A. Kading (State Bar No. 211540)
s.kading@mpglaw.com

Attorneys for Defendant, Trans Union LLC

*E-FILED - 3/15/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FRANK DALI,<br><br>       Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and DOES I through XX,<br><br>       Defendants. | Case No. 5:06-cv-07447-RMW<br><br>[Assigned to The Honorable Ronald M. Whyte, Dept. CR 6]<br><br>**DEFENDANT TRANS UNION, LLC'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   March 30, 2007<br>Time:  10:30 a.m. |

TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:

Defendant, TRANS UNION, LLC, respectfully requests that its counsel be permitted to appear telephonically at the Case Management Conference currently scheduled for March 30, 2007 at 10:30 a.m.

Defendant, TRANS UNION, LLC's counsel of record has his office in Costa Mesa, California. Significant travel cost to and from Orange County, California, and related expenses, including time spent would be incurred in order to appear in person at the Case Management Conference.

523230.1

It is therefore submitted that good cause exists to allow TRANS UNION LLC's counsel to appear telephonically.

TRANS UNION LLC's legal counsel, Sean A. Kading, may be reached at (714) 668-2444.

Respectfully submitted,

DATED: March 12, 2007        MUSICK, PEELER & GARRETT LLP

By: _____
Sean A. Kading
Attorneys for Trans Union LLC

## ORDER

Having reviewed the request of counsel for Defendant TRANS UNION LLC herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant TRANS UNION LLC may appear telephonically through its counsel at the Case Management Conference on March 30, 2007, at 10:30 a.m.  The Court will initiate the conference call between the hours of 10:30 a.m. to 12:30 p.m.   (jg)

DATED:   3/15/07

_____
HON. RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On March 13, 2007, I served the foregoing document(s) described as **DEFENDANT TRANS UNION LLC'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED' ORDER** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY E-SERVICE.** I caused such documents to be e-filed with the court who then serves such document via e-filing.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

Executed on March 13, 2007, at Costa Mesa, California.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Wendy DeBoer*
Wendy DeBoer

**SERVICE LIST**

| | |
|---|---|
| Steven Solomon<br>Law Offices of Steven Solomon<br>319 Portal Avenue<br>San Francisco, CA 94127<br>Attorneys for Plaintiff, FRANK DALI<br>Phone: (415) 682-2454<br>Fax: (415) 664-5161<br>lemonsol@sbcglobal.net | Jonathon David Nicol<br>Jones Day<br>3 Park Plaza<br>Suite 1100<br>Irvine, CA 92614<br>Attorneys for Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.<br>Phone: (949) 553-7502<br>Fax: (949) 553-7539<br>jdnicol@jonesday.com |
| Thomas P. Quinn<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Attorneys for Defendant, EQUIFAX INFORMATION SERVICES LLC<br>Phone: (949) 376-3055<br>Fax: (949) 376-3070<br>yhoman@nokesquinn.com | |