1  THOMAS P. QUINN (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION
                                          *E-FILED - 3/15/07*
11

12  FRANK DALI,                    )  Case No:  C 06 07447 RMW
                                   )
13            Plaintiff,           )
                                   )
14  v.                             )  **DEFENDANT EQUIFAX**
                                   )  **INFORMATION SERVICES LLC'S**
15  EXPERIAN INFORMATION SOLUTIONS,)  **REQUST TO APPEAR BY**
    INC.; TRANS UNION, LLC; EQUIFAX)  **TELEPHONE AT CASE**
16  INFORMATION SERVICES LLC,,     )  **MANAGEMENT CONFERENCE;**
                                   )  **[PROPOSED] ORDER**
17            Defendants.          )
                                   )            March 30, 2007
18                                 )
                                   )  Date:     ~~March 13, 2007~~
19                                 )  Time:     ~~1:30 p.m.~~    10:30 a.m.
20                                 )  Dept:     ~~2~~    6
                                   )
21                                 )
                                   )
22  _____)

23

24  **TO THE HONORABLE COURT AND TO ALL ATTORNEYS OF RECORD:**

25  Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX") respectfully

26  requests that its counsel be permitted to appear telephonically at the Case Management

27  Conference currently scheduled for ~~March 13, 2007, at 1:30 p.m.~~

28                      March 30, 2007 @ 10:30 a.m.

                              - 1 -

                                          REQUEST TO APPEAR TELEPHONICALLY
                                          Case No: C 06 07447 RMW

1     Defendant EQUIFAX'S counsel of record has his office in Laguna Beach, California. Significant travel cost to and from Orange County, California, and related expenses, including time spent would be incurred in order to appear in person at the Case Management Conference.

    It is therefore submitted that good cause exists to allow EQUIFAX'S counsel to appear telephonically.

    EQUIFAX'S legal counsel, Thomas P. Quinn, Jr. may be reached at (949) 376-3055.

Respectfully submitted,

NOKES & QUINN

Dated: March 6, 2007

THOMAS P. QUINN, JR.
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## ORDER

Having reviewed the request of counsel for Defendant Equifax herein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant EQUIFAX INFORMATION SERVICES LLC may appear telephonically through its counsel at the Case Management Conference on ~~March 13, 2007 at 1:30 p.m.~~ March 30, 2007 @ 10:30 a.m.

DATED: 3/15/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT

- 2 -

REQUEST TO APPEAR TELEPHONICALLY
Case No: C 06 07447 RMW