LAW OFFICE OF STEVEN SOLOMON, CSBN 115201
319 West Portal Avenue
San Francisco CA 94127
Tel: (415) 682-2454 / Fax: (415) 664-5161 / Email: lemonsol@sbcglobal.net

ATTORNEY FOR PLAINTIFF FRANK DALI            **<u>*E-FILED - 6/28/07*</u>**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

FRANK DALI,                                  Case No. 5:06-CV-07447 RMW

    Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.; et al.,                     **STIPULATION FOR DISMISSAL**
                                             **[With Prejudice]**

    Defendants.
_____/

IT IS HEREBY STIPULATED by & between plaintiff FRANK DALI & defendant EXPERIAN INFORMATION SOLUTIONS, INC., by & through their counsel of record, that the above-captioned action be & hereby is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), as to defendant EXPERIAN INFORMATION SOLUTIONS, INC. only.

LAW OFFICE OF STEVEN SOLOMON

Dated: May 23, 2007                          By: _____
                                             Steven Solomon, Esq.
                                             Attorney For Plaintiff FRANK DALI

STIPULATION FOR DISMISSAL    5:06-CV-07447 RMW

JONES, DAY

Dated: 5/24/07                    By: _____
                                       Angela Taylor, Esq.
Attorney For Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

## ORDER

IT IS SO ORDERED.

Dated: 6/28/07                    _Ronald M. Whyte_____
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL    5:06-CV-07447 RMW