LAW OFFICE OF STEVEN SOLOMON, CSBN 115201
319 West Portal Avenue
San Francisco CA 94127
Tel: (415) 682-2454 / Fax: (415) 664-5161 / Email: lemonsol@sbcglobal.net

*E-FILED - 8/21/07*

ATTORNEY FOR PLAINTIFF FRANK DALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FRANK DALI, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et al., <br><br> Defendants. | Case No. 5:06-CV-07447 RMW <br><br><br><br><br> **STIPULATION FOR DISMISSAL** <br> [With Prejudice] <br><br> *AND ORDER* |

IT IS HEREBY STIPULATED by & between plaintiff FRANK DALI & defendants EQUIFAX INFORMATION SERVICES & TRANS UNION LLC, by & through their counsel of record, that the above-captioned action be & hereby is dismissed with prejudice, pursuant to FRCP, rule 41(a)(1), as to defendants EQUIFAX INFORMATION SERVICES & TRANS UNION LLC.

LAW OFFICE OF STEVEN SOLOMON

Dated: July 26, 2007

By: /s/ Steven Solomon
Steven Solomon, Esq.
Attorney For Plaintiff FRANK DALI

STIPULATION FOR DISMISSAL    5:06-CV-07447 RMW

MUSICK, PEELER, ET AL.

Dated: 8-6-07

By: _____
Donald Bradley, Esq.
Attorney For Defendant TRANS UNION LLC

KING & SPALDING

Dated: 8/01/07

By: _____
Stephanie Cope, Esq.
Attorney For Defendant EQUIFAX INFORMATION SERVICES

## ORDER

IT IS SO ORDERED.

Dated: 8/21/07

*Ronald M. Whyte*
JUDGE OF THE UNITED STATES DISTRICT COURT

LAW OFFICE OF STEVEN SOLOMON,
SBN 115201
319 West Portal Avenue
San Francisco CA 94127
Tel: (415) 682-2454 / Fax: (415) 664-5161 / Email: ferpcomm@sbcglobal.net

STIPULATION FOR DISMISSAL    5:06-CV-07447 RMW